JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE BJORN,<br><br>      Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit,<br><br>      Defendant. | Case No.: 2:23-cv-10608-CV (JCx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

    Based on the parties' Joint Stipulation for Dismissal with Prejudice, it is hereby ORDERED that:

    1.    All claims in the above-entitled action are dismissed in their entirety with prejudice; and

    2.    Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 5/13/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE